[No. 9759–5–III. Division Three. December 19, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS
G. BACCA, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 88–1–00405–0, Robert S. Day, J., entered December 30, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Green, J.

[No. 9903–2–III. Division Three. December 19, 1989.]

*In the Matter of the Personal Restraint of*
DAVID L. THOMAS, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Shields, J., concurred in by Munson, A.C.J., and Green, J.

[No. 12358–4–II. Division Two. December 21, 1989.]

EDGEWOOD INVESTORS ASSOCIATES, ET AL, *Plaintiffs,* v.
SAMUEL S. MADDEN, ET AL, *Respondents,* BILL
G. THURSTON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–07240–1, Donald H. Thompson, J., entered October 7, 1988. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Reed, J.

[No. 11975–7–II. Division Two. December 21, 1989.]

CHARLES WALLIN, ET AL, *Appellants,* v. THE CITY
OF PORT TOWNSEND, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 87–2–00135–0, James I. Maddock, J., entered April 22, 1988. *Dismissed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Pearson and Schumacher, JJ. Pro Tem.